UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Criminal Case No. 07-20327

v.                       Honorable Arthur J. Tarnow

D-5   MOHAMMAD BAZZI,

      Defendant.
_____/

## Motion of the United States to Dismiss
## Indictment Against Defendant Mohammad Bazzi

The United States of America, by and through the undersigned attorneys, moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for entry of an Order dismissing the Indictment in this matter as to defendant D-5 Mohammad Bazzi. In support of this motion, the government submits the following:

On October 2, 2007, a grand jury in this district returned an indictment charging defendant Mohammad Bazzi with one count of conspiracy to defraud the United States.

Upon information and belief, it appears that defendant Bazzi departed the United States in or before 2007 and that he has not returned to the United States since that time.

The United States Attorney has determined that the ends of justice will no longer be served by pursuing this matter through trial.

Therefore, to preserve the resources of this Court and the parties, the United States Attorney now moves for leave of Court to dismiss the Indictment as to defendant D-5 Mohammad Bazzi, to cancel his arrest warrant, and to terminate this proceeding with respect to defendant Mohammad Bazzi.

Respectfully submitted:

_____  4/3/18
MATTHEW SCHNEIDER
United States Attorney

_____
BRUCE C. JUDGE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan  48226
Bruce.Judge@usdoj.gov
313-226-9122